M-07-536

# MEMORANDUM
## TO THE HONORABLE MAGISTRATE JUDGE STEVEN GOLD

RE:    WAUGH, Jafre

REG NO.:    22022-056

**Parolee**
**APPOINTMENT OF COUNSEL**

We respectfully recommend the above-captioned parolee be assigned legal counsel for both his Preliminary Interview and Parole revocation hearing.

On April 18, 2007, the parolee was taken into custody by the U.S. Marshals in the Eastern District of New York on a parole violator's warrant charging him with violating his parole supervision. On April 25, 2007, the undersigned visited the parolee at the Metropolitan Detention Center and he requested  the Preliminary Interview be postponed in order to obtain legal representation. The parolee has indicated that he is indigent and unable to afford an attorney.  Attached are copies of Form CJA 22, for Your Honor's review.

RESPECTFULLY SUBMITTED:


TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____

Jaquita Mitchell
U.S. Probation Officer

APPROVED BY: _____

David T. Williams
Supervising U.S. Probation Officer

~~April 26, 2007~~
MAY 1, 2007

Request for Counsel Granted: _____RLM_____  5/1/07
                                 U.S. ~~District Judge~~              Date
                                 Mag.


Request for Counsel Denied: _____
                               U.S. District Judge              Date

*I wish counsel for my 2I*

## APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT

## UNITED STATES DISTRICT COURT
### for the
EASTERN DISTRICT OF NEW YORK

Register No.  22022-056                    U.S. Court Docket No.  F-8722-97

In the Matter of Statement of:      ☒ Parolee          ☐ Mandatory Releasee

### STATEMENT OF PAROLEE OR MANDATORY RELEASEE CONCERNING APPOINTMENT OF COUNSEL UNDER THE CRIMINAL JUSTICE ACT

I, JAFRE WAUGH _____, having been fully advised of the charges against me and of

my rights as set forth in the attached copy of the ☒ Warrant Application  ☐ Summons to Appear, understand that I may apply to the United States District Court for appointment of counsel to assist or represent me in this matter before the United States Parole Commission, and that such representation by counsel will be furnished to me if the judicial officer determines I am financially unable to obtain attorney representation.

Pursuant to such notification concerning appointment of counsel,

☐    I do not wish to apply to the District Court for appointment of counsel.

☒    I do hereby apply to the District Court for appointment of counsel and in connection with this application, I state as follows concerning my financial condition:

I am  ☐ Employed    ☒ Unemployed

$ 0      Cash on hand and in the bank
$ 0      If employed, state weekly income
$ 0      If self-employed, state average weekly income
$ 0      Number of dependents
$ 0      Property owned

*(Complete each line above)*

I certify the above to be correct.

_____
Signature of Applicant

_____    _____    4/25/07
Witness              Signature            Date

A false or dishonest answer to a question in this application may be punishable by fine or imprisonment or both (18 U.S.C. 1001).

Form CJA-22